UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAULETTE BOURKE,

    Plaintiff,

v.                                              Case No. 8:08-cv-1903-T-24 MAP

JOSHUA D. STONE and
THE CITY OF GULFPORT,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Defendant Joshua D. Stone's Motion to Strike (Doc. No. 3). Defendant asserts that Plaintiff has improperly alleged that her claims arise out of violations of her Fourteenth Amendment and due process rights, and therefore seeks to strike the portions of the Complaint that refer to the Fourteenth Amendment and to due process. Plaintiff does not oppose Defendant's motion.

The law is clear that it is the Fourth Amendment, not the Fourteenth Amendment, on which Plaintiff must base her claims for False Arrest and Malicious Prosecution. *See Wood v. Kesler*, 323 F.3d 872, 881 (11th Cir. 2003); *Albright v. Oliver*, 510 U.S. 266, 271 (1994). Therefore, Defendant's Motion to Strike must be granted.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Joshua D. Stone's Motion to Strike (Doc. No. 3) is GRANTED. To the extent that Plaintiff alleges that her claims are based on violations of her Fourteenth Amendment and/or due process rights, those allegations are hereby stricken from the Complaint.

**DONE AND ORDERED** in Tampa, Florida, this 29th day of August, 2008.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record